**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     *Mount Vernon United Methodist Church v. Harris County, Texas, et al*

Appellate case number:    01-18-01114-CV

Trial court case number:  2014-29708

Trial court:              152nd District Court of Harris County

   Appellant's motion en banc reconsideration is **DENIED**. *See* Tex. R. App. P. 49.3. Any pending matters are dismissed as moot.


Judge's signature:     /s/ Russell Lloyd
         Acting for the Court

En banc panel consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, and Countiss.


Date:     February 20, 2020